Dismissed and Opinion filed January 9, 2003













Dismissed and
Opinion filed January 9, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01322-CR

____________

 

TAZARA ATARA
PERRY, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

_______________________________________________________________

 

On Appeal from
the 338th District Court

Harris County, Texas

Trial Court
Cause No. 927,047

 

_______________________________________________________________

 

M E M O R A
N D U M   O P I N I O N

            After a guilty plea to the offense
of possession with intent to deliver a controlled substance, appellant was
placed on deferred adjudication probation for seven years and was assessed a
fine of $700.00 on October 14, 2002.  No
motion for new trial was filed. 
Appellant’s notice of appeal was not filed until December 2, 2002.  Although the notice of appeal was filed
within the 15-day period after the notice of appeal was due, no motion to
extend the time to file the notice of appeal was filed.








            A defendant’s notice of appeal must
be filed within thirty days after sentence is imposed when the defendant has
not filed a motion for new trial.  See Tex.
R. App. P. 26.2(a)(1).  A notice of appeal which complies with the
requirements of Rule 26 is essential to vest the court of appeals with
jurisdiction.  Slaton v. State, 981 S.W.2d 208, 210
(Tex. Crim. App. 1998).  An appellate court may extend the time to
file the notice of appeal if the party, within 15 days after the deadline for
filing the notice of appeal, files a notice of appeal in the trial court and
files in the appellate court a motion complying with Rule 10.5(b).  Tex.
R. App. P. 26.3.

            If an appeal is not timely
perfected, a court of appeals does not obtain jurisdiction to address the
merits of the appeal.  Under those
circumstances it can take no action other than to dismiss the appeal.  Id.

            Accordingly, the appeal is ordered
dismissed.

 

                                                                        PER
CURIAM

Judgment rendered and
Opinion filed January 9, 2003.

Panel consists of Justices
Edelman, Seymore, and Guzman.

Do Not Publish — Tex. R. App. P. 47.2(b).